NUMBER13-04-316-CR
 
COURT OF APPEALS
 
THIRTEENTH DISTRICT OF TEXAS
 
CORPUS CHRISTI - EDINBURG
________________________________________________________________ 

IN RE RENE GUERRA
_____________________________________________________________ 
 
On Petition for Writ of Mandamus 
______________________________________________________________ 

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Rodriguez and Wittig


 
Per Curiam Memorandum Opinion




         Relator, Rene Guerra, Criminal District Attorney of Hidalgo County, filed a
petition for writ of mandamus and an emergency motion for temporary relief in the
above cause on June 24, 2004. On June 29, 2004, the Court granted the motion for
temporary relief and requested a response from the real party in interest. 
         The Court, having examined and fully considered the petition for writ of
mandamus and the response, is of the opinion that relator has not shown himself
entitled to the relief sought and the petition for writ of mandamus should be denied. 
See Tex. R. App. P. 52.8. Accordingly, the stay of the trial court proceedings is hereby
ordered LIFTED. The petition for writ of mandamus is DENIED. 
                                                                                          PER CURIAM

Justice Wittig, dissenting, without opinion.

Do not publish.
Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and filed
this 19th day of August, 2004.